# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

-------------------------------------------------------x
:
**TREVOR MABRY**                              :           **CASE ACTION NO.**
   *Plaintiff*                          :
:           **3:18-cv-01826-JBA**
:
:
**GENUINE PARTS CO.**                :
   *Defendant*                   :           **MAY 17, 2019**
-------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

                                      THE PLAINTIFF,
                                      TREVOR MABRY

                                    By: //s// Megan L. Michaud
                                    Megan L. Michaud, Esq.(ct28813)
                                    Cicchiello & Cicchiello, LLP
                                    364 Franklin Avenue
                                    Hartford, Connecticut 06114
                                    Phone: 860-296-3457
                                    Email: mmichaud@cicchielloesq.com

DEFENDANT
GENUINE PARTS CO

By: /s/ Lisa Knottek Simpson
Lisa Knottek Simpson (pro hac vice)
Georgia Bar No. 320181
Martenson, Hasbrouck & Simon LLP
3379 Peachtree Road, N.E.
Suite 400
Atlanta, Georgia 30326
Tel:        (404) 909-8100
Fax:       (404) 909-8120
lsimpson@martensonlaw.com

## ELECTRONIC CERTIFICATION OF SERVICE

I hereby certify that on May 17, 2019, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ *Megan L Michaud, Esq*
Megan L Michaud (ct28813)